UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 0:26-cv-60888-EA

**Eliecer Hernandez De La Paz,**

        Petitioner,

v.

**Carlos Nunez,**
**Garrett Ripa,**
**Todd Lyons,**
**Markwayne Mulin,**
**Pamela Bondi,**
**U.S. Immigration and Customs Enforcement,**
**Executive Office for Immigration Review,**
**Department of Homeland Security,**

        Respondents.

_____/

## ORDER TO RESPOND

This cause comes before the Court on the petitioner's petition for the writ of habeas corpus, alleging that he has been unlawfully detained despite being allegedly granted temporary protected status [ECF No. 1]. Having carefully reviewed the record, it is **ORDERED AND ADJUDGED**:

1. Within **10 days** of the issuance of this order, the respondents shall brief the Court on subject matter jurisdiction under 8 U.S.C. § 1252(b)(9), 8 U.S.C. § 1252(g), and/or any other applicable statute, as well as the merits of the petition. The response shall include all relevant documents and transcripts necessary for the resolution of this matter.

2. Within **10 days of the respondents' response**, the petitioner shall file a response to the respondents' arguments.

**ORDERED** in Chambers in West Palm Beach, Florida, this 31st day of March 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Joseph Cartolano**
Suite 302-304
11645 Biscayne Boulevard
Miami, FL 33181
(305) 899-6842
Fax: 305-899-6849
Email: jcartolano@candalawoffices.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov